TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

FILED

2026 FEB -4  PM 2: 15

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

vs.

Jacob Metcalfe Judge,

                Defendant.

**CR26-00473 TUC-RCC(EJM)**

**I N D I C T M E N T**

Violations:
18 U.S.C. §§ 922(o)(1) and 924(a)(2)
(Possession of a Machinegun)
Count 1

26 U.S.C. §§ 5841, 5845(a)(6), & (b),
5861(d), and 5871
(Possession of an Unregistered Firearm)
Count 2

18 U.S.C. § 924(d); 26 U.S.C. § 5872
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about April 6, 2025, in the District of Arizona, Defendant JACOB JUDGE did knowingly possess a machinegun, that is, one (1) polymer 80 Glock type firearm with a machinegun conversion device installed, no serial number.

All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

<u>COUNT 2</u>

On or about April 6, 2025, in the District of Arizona, Defendant JACOB JUDGE knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845,

that is, one (1) polymer 80 Glock type firearm with a machinegun conversion device installed, no serial number, not registered to JUDGE in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5845(a)(6), & (b), 5861(d), and 5871.

**FORFEITURE ALLEGATION**

Upon conviction of Count One of the Indictment, the defendant, JACOB JUDGE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) polymer 80 Glock type firearm with a machinegun conversion device installed, no serial number.

Upon conviction of Count Two of this Indictment, the defendant, JACOB JUDGE, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearms involved in any violation of the offense, including, but not limited to: one (1) polymer 80 Glock type firearm with a machinegun conversion device installed, no serial number.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

/ / /

/ / /

/ / /

*United States of America v. Jacob Judge*
*Indictment Page 2 of 3*

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 4, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
MONICA E. RYAN
Assistant United States Attorney

*United States of America v. Jacob Judge*
*Indictment Page 3 of 3*